

MICHAEL ROWE
Partner
(612) 492-6724
rowe.michael@dorsey.com

April 23, 2024

The request is GRANTED.  The initial pre-trial conference on May 1, 2024 is adjourned.

Dated: April 23, 2024
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

<u>VIA ECF FILING</u>

Honorable Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Orient Plus International Limited et al v. Baosheng Media Group Holdings Limited et al*., Case No. 1:24-cv-00744-JLR
      Request for adjournment of Initial Prehearing Conference

Dear Judge Rochon,

The undersigned counsel represent the Parties[1] in the above-captioned case and write jointly to seek adjournment of the Initial Prehearing Conference scheduled for May 1, 2024. (ECF No. 5.)

Plaintiffs bring claims under Sections 11, 12, and 15 of the Securities Act of 1933. Defendants have stated their intention to file Rule 12 motions to dismiss which, under the PSLRA, will stay discovery pending resolution of those motions (though, Plaintiffs reserve the right to seek relief from the stay). 15 USC § 77z–1(b)(1). The deadline for Defendants to file those motions is May 13, 2024. Because discovery will be stayed upon the filing of those motions, the Parties have not yet completed a joint proposed case management plan, and believe an initial prehearing conference is premature. Accordingly, the parties jointly request an adjournment of the May 1, 2024, scheduling conference until the upcoming motions to dismiss are resolved.

The Parties have not previously requested an adjournment, and there are no scheduled hearings with the Court.

Sincerely,

*/s/ Michael Rowe*
Michael Rowe

---

[1] The Plaintiffs are Orient Plus International Limited ("Orient Plus"); Union Hi-Tech Development Limited ("Union"); and Golden Genius International Limited ("Golden"). The served Defendants include Baosheng Media Group Holdings Limited; Univest Securities, LLC ("Univest"); The Benchmark Company, LLC ("Benchmark"); WestPark Capital, Inc. ("WestPark"); Friedman LLP; and Marcum LLP. Certain other Individual Defendants have not yet been served.

| | |
|---|---|
| DORSEY & WHITNEY LLP | SIDLEY AUSTIN LLP |
| | |
| Michael E. Rowe (admitted *pro hac vice*) | Bruce R. Braun (admitted *pro hac vice*) |
| Ian Andrew Blodger (admitted *pro hac vice*) | Karim Basaria (admitted *pro hac vice*) |
| Thomas Paul Swigert | Rebecca B. Shafer (admitted *pro hac vice*) |
| 50 South Sixth Street, Suite 1500 | One South Dearborn |
| Minneapolis, MN 55402 | Chicago, IL 60603 |
| (612) 492-6724 | (312) 853-7000 |
| rowe.michael@dorsey.com | bbraun@sidley.com |
| (612) 492-6684 | kbasaria@sidley.com |
| blodger.ian@dorsey.com | rshafer@sidley.com |
| (612) 492-5677 | |
| swigert.tom@dorsey.com | Nicholas P. Crowell |
| | 787 Seventh Avenue |
| Daniel Poul Goldberger | New York, NY 10019 |
| 51 West 52nd Street | (212) 839-5449 |
| New York, NY 10019 | ncrowell@sidley.com |
| (212) 415-9200 | |
| goldberger.dan@dorsey.com | *Attorneys for Defendant Marcum LLP* |
| | |
| *Attorneys for Plaintiffs Orient Plus International Ltd., Union Hi-Tech Development Ltd., and Golden Genius International Ltd.* | |
| | |
| CHIESA SHAHINIAN & GIANTOMASI PC | HUNTER TAUBMAN FISCHER & LI LLC |
| | |
| Mark Alan Harmon | Mark David Hunter |
| 11 Times Square, 34th Floor | Jenny D. Johnson-Sardella |
| New York, NY 10036 | 848 Brickell Avenue, Suite 200 |
| (212) 324-7259 | Miami, FL 33131 |
| mharmon@csglaw.com | (305) 629-1180 |
| | mhunter@htflawyers.com |
| *Attorney for Defendant Friedman LLP* | jsardella@htflawyers.com |
| | |
| | *Attorneys for Defendant Baosheng Media Group Holdings Ltd.* |

MORROW NI LLP                                    .

Angus Ni
Serena Yang
41 Madison Ave, 31st Floor,
New York, NY 10010
(646) 453-7294
angus@moni.law
serena@moni.law

*Attorney for Defendants Univest Securities, LLC, The Benchmark Company, LLC, and WestPark Capital, Inc*