UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orient Plus International Limited; Union Hi-Tech Development Limited; and Golden Genius International Limited,<br><br>Plaintiffs,<br><br>v.<br><br>Baosheng Media Group Holdings Limited; Wenxiu Zhong; Sheng Gong; Yu Zhong; Zuohao Hu; Adam (Xin) He; Yue Jin; Yanjun Hu; Univest Securities, LLC; The Benchmark Company, LLC; WestPark Capital, Inc.; Friedman LLP; and Marcum LLP,<br><br>Defendants. | Case No. 1:24-cv-00744-JLR<br><br>**STIPULATION AND PROPOSED ORDER GRANTING SUBSTITUTION OF COUNSEL** |

The undersigned hereby stipulate and consent to the substitution of the law firm of Holland & Knight LLP, by and through its attorney, Warren E. Gluck, as attorney of record for Defendant Baosheng Media Group Holdings Limited in the above-captioned action in place and instead of the law firm of Hunter Taubman Fischer & Li LLC, and its attorney, Mark David Hunter.

Dated: New York, New York
        May 9, 2024

BAOSHENG MEDIA GROUP HOLDINGS LIMITED

By: _____
      Shasha Mi, CEO

HOLLAND & KNIGHT LLP

By: _____ /s/ Warren E. Gluck _____
      Warren E. Gluck, Esq.

787 Seventh Avenue, 31st Floor
New York, NY 10019
Telephone:  212-513-3200 Fax: 212-385-9010
Email: Warren.Gluck@hklaw.com

HUNTER TAUBMAN FISCHER & LI LLC

By: _____

Mark David Hunter, Esq.

848 Brickell Avenue, Suite 200
Miami, Florida 33131
Tel: (305) 629-1180
Fax: (305) 629-8099
Email: mhunter@htflawyers.com


SO ORDERED:


_____

Hon. Jennifer L. Rochon, U.S.