UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orient Plus International Limited; Union Hi-Tech Development Limited; and Golden Genius International Limited,<br><br>       Plaintiffs,<br><br>    v.<br><br>Baosheng Media Group Holdings Limited; Wenxiu Zhong; Sheng Gong; Yu Zhong; Zuohao Hu; Adam (Xin) He; Yue Jin; Yanjun Hu; Univest Securities, LLC; The Benchmark Company, LLC; WestPark Capital, Inc.; Friedman LLP; and Marcum LLP,<br><br>       Defendants. | Case No. 1:24-cv-00744-JLR<br><br>**STIPULATION AND ORDER GRANTING SUBSTITUTION OF COUNSEL** |

  The undersigned hereby stipulate and consent to the substitution of the law firm of Holland & Knight LLP, by and through its attorney, Warren E. Gluck, as attorney of record for Defendant Baosheng Media Group Holdings Limited ("Baosheng") in the above-captioned action in place and instead of the law firm of Hunter Taubman Fischer & Li LLC, and its attorney, Mark David Hunter.  Pursuant to Local Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, this action is currently in the pre-answer stage and Defendants' responses to Plaintiffs' Second Amended Complaint (Docket Entry 82) are due May 13, 2024.  Defendants, with Plaintiffs' consent, are seeking an extension of time to respond to the Second Amended Complaint to May 22, 2024.  Substituted counsel Hunter Taubman Fischer & Li LLC is not asserting a retaining or charging lien against Defendant Baosheng.

Dated: New York, New York
   May 10, 2024

                  BAOSHENG MEDIA GROUP HOLDINGS LIMITED

                By: _____
                   Shasha Mi, CEO

HOLLAND & KNIGHT LLP

By: /s/ Warren E. Gluck
 Warren E. Gluck, Esq.

787 Seventh Avenue, 31st Floor
New York, NY 10019
Telephone: 212-513-3200
Fax: 212-385-9010
Email: Warren.Gluck@hklaw.com

HUNTER TAUBMAN FISCHER & LI LLC

By: [signature]
 Mark David Hunter, Esq.

848 Brickell Avenue, Suite 200
Miami, Florida 33131
Tel: (305) 629-1180
Fax: (305) 629-8099
Email: mhunter@htflawyers.com

SO ORDERED:

[signature: Jennifer Rochon]
Hon. Jennifer L. Rochon, U.S.

Dated: May 13, 2024
 New York, New York