UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orient Plus International Limited; Union Hi-Tech Development Limited; and Golden Genius International Limited,<br><br>      Plaintiffs,<br><br>  v.<br><br>Baosheng Media Group Holdings Limited; Wenxiu Zhong; Sheng Gong; Yu Zhong; Zuohao Hu; Adam (Xin) He; Yue Jin; Yanjun Hu; Univest Securities, LLC; The Benchmark Company, LLC; WestPark Capital, Inc.; Friedman LLP; and Marcum LLP,<br><br>      Defendants. | Case No. 1:24-cv-00744-JLR |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Shasha Mi in Support of Baosheng Media Group Holdings Limited's Motion to Dismiss Plaintiffs' Second Amended Complaint and all exhibits thereto, Defendant Baosheng Media Group Holdings Limited ("Baosheng"), by and through its undersigned counsel, moves this Court before the Honorable Jennifer L. Rochon, United States District Judge, United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time to be designated by the Court, for an Order Dismissing Plaintiff's Second Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and granting such other and further relief as is deemed just and proper.

Dated: New York, New York
May 22, 2024

                                                     Respectfully submitted,

                                                     HOLLAND & KNIGHT LLP

                                                     By:  _____*/s/ Warren E. Gluck*_____
                                                              Warren E. Gluck, Esq.

                                                   787 Seventh Avenue, 31st Floor
                                                 New York, NY 10019
                                                 Tel:  212-513-3200
                                                 Fax: 212-385-9010
                                                 Email: Warren.Gluck@hklaw.com

                                                 *Counsel for Defendant*
                                                 *Baosheng Media Group Holdings Limited*