UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orient Plus International Limited; Union Hi-Tech Development Limited; and Golden Genius International Limited,<br><br>                Plaintiffs,<br><br>      v.<br><br>Baosheng Media Group Holdings Limited; Wenxiu Zhong; Sheng Gong; Yu Zhong; Zuohao Hu; Adam (Xin) He; Yue Jin; Yanjun Hu; Univest Securities, LLC; The Benchmark Company, LLC; WestPark Capital, Inc.; Friedman LLP; and Marcum LLP,<br><br>                Defendants. | Case No. 1:24-cv-00744-JLR |

**DECLARATION OF SHASHA MI IN SUPPORT OF
DEFENDANT BAOSHENG MEDIA GROUP HOLDINGS LIMITED'S
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

SHASHA MI, declares under penalty of perjury, in accordance with the provisions of 28 U.S.C. § 1746, as follows:

1. I am the Chief Executive Officer of Baosheng Media Group Holdings Limited ("Baosheng" or the "Company").

2. Unless stated otherwise, the statements herein are based on my personal knowledge, review of relevant documents maintained by the Company in the ordinary course of business, or information provided by knowledgeable persons who worked with me at the Company.

3. I respectfully submit this Declaration in support of Baosheng's Motion to Dismiss the April 24, 2024 Second Amended Complaint ("Complaint") filed by Plaintiffs Orient Plus International Limited ("Orient"), Union Hi-Tech Development Limited ("Union"), and Golden Genius International Limited ("Golden") (collectively, "Plaintiffs"). A true and correct copy of the Complaint is annexed hereto as **Exhibit A.**

4. On February 8, 2021, Baosheng filed an amended Form F-1, declared to be effective by the Securities and Exchange Commission ("SEC") on February 5, 2021, pursuant to which Baosheng registered 6,000,000 ordinary shares of stock (the "**Registration Statement**"). Relevant portions of this document are annexed hereto as **Exhibit B**. A true and correct copy of the complete version is publicly available at

https://www.sec.gov/Archives/edgar/data/1811216/000110465921013299/tm215699d1_f1mef.htm.

5. On February 9, 2021, Baosheng filed a prospectus form with the SEC (the "**Prospectus**") in connection with the Company's initial public offering of the 6,000,000 registered ordinary shares (the "IPO"). Relevant portions of this document are annexed hereto as **Exhibit C**. A true and correct copy of the prospectus is publicly available at

https://www.sec.gov/Archives/edgar/data/1811216/000110465921016647/tm215766d1_424b4.htm.

6. On February 10, 2021, Baosheng closed the IPO and filed a Form 6-K with the SEC, which included press releases from February 8, 2021 (Exhibit No. 99.1, Press Release on Pricing of the Company's Initial Public Offering) and February 10, 2021 (Exhibit No. 99.2, Press Release on Closing of the Company's Initial Public Offering). The February 8, 2021 and the February 10, 2021 press releases are annexed hereto as **Exhibit D**. A true and correct copy of the February 10, 2021 Form 6-K, with Exhibit Nos. 99.1 and 99.2, is publicly available at https://www.sec.gov/Archives/edgar/data/1811216/000110465921019839/tm216145d1_6k.htm.

7. On March 3, 2021, Baosheng filed a Form 6-K with the SEC in connection with Univest's sale of the over-allotment shares. A true and correct copy of the March 3, 2021 Form 6-K is publicly available at

https://www.sec.gov/Archives/edgar/data/1811216/000110465921031477/tm218600d1_6k.htm and annexed hereto as **Exhibit E.**

8. On March 17, 2021, Baosheng and Plaintiffs Orient and Union entered into a Security Purchase Agreement (the "**SPA**"), pursuant to which Baosheng issued ordinary shares to Plaintiffs Orient and Union in a private placement offering under Regulation S. A true and correct copy of the SPA is annexed hereto as **Exhibit F**.

9. I have considered and analyzed the query of whether there were any interstate wires utilized in relation to the negotiation or execution of the SPA. The answer is no to the best of my knowledge. The SPA was negotiated in China. Further, all conversations between the Company, on the one hand, and Orient and Union, on the other, relating to the SPA were made in China. Execution was accomplished electronically and by email in China.

10. On March 18, 2021, Baosheng closed the private placement offering and filed a Form 6-K, announcing the investment and entry into the SPA. A true and correct copy of the March 18, 2021 Form 6-K is publicly available at

https://www.sec.gov/Archives/edgar/data/1811216/000110465921038373/tm2110226d1_6k.htm

and annexed hereto as **Exhibit G.**

11. On March 18, 2021, Baosheng filed a Form F-1, declared to be effective by the SEC on March 30, 2021, to register the later resale of securities by Orient and Union (the "**Resale Registration**"). Relevant portions of this document are annexed hereto as **Exhibit H**. A true and correct copy of the March 18, 2021 Form F-1 is publicly available at

https://www.sec.gov/Archives/edgar/data/1811216/000110465921038396/tm2110165d1_f1.htm.

12. On April 30, 2021, Baosheng filed a Form 20-F, Annual Report for Fiscal Year 2020. Relevant portions of this document are annexed hereto as **Exhibit I**. A true and correct copy of the April 30, 2021 Form 20-F is publicly available at

https://www.sec.gov/Archives/edgar/data/1811216/000110465921059086/tm2113545d1_20-f.htm.

13. On September 30, 2021, Baosheng filed a Form 6-K with the SEC, which included a press release (Exhibit No. 99.1, Baosheng Media Group Holdings Limited Reports Financial Results for the First Half of 2021). The press release is annexed hereto as **Exhibit J**. A true and correct copy of the September 30, 2021 Form 6-K with Exhibit No. 99.1 is publicly available at https://www.sec.gov/Archives/edgar/data/1811216/000110465921121254/tm2128748d1_6k.htm.

14. On May 17, 2022, Baosheng filed a Form 20-F, Annual Report for Fiscal Year 2021. Relevant portions of this document are annexed hereto as **Exhibit K**. A true and correct copy of the May 17, 2022 Form 20-F is publicly available at

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001811216/000141057822001753/baos-20211231x20f.htm

15. On April 9, 2024, Plaintiff Orient filed a petition in the Grand Court of the Cayman Islands seeking an order that the Company be wound up (the "**Cayman Petition**"). A true and correct copy of the Cayman Petition is annexed hereto as **Exhibit L**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  May 22, 2024

By: _____
SHASHA MI