# **Exhibit I**

Exhibits

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

# FORM 20-F

☐ REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934

**OR**

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended December 31, 2020**

**OR**

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the transition period from _____ to _____.**

**OR**

☐ SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Date of event requiring this shell company report:

Commission file number: 001-39977

# Baosheng Media Group Holdings Limited

(Exact name of Registrant as Specified in its Charter)

**Cayman Islands**

(Jurisdiction of Incorporation or Organization)

**Room 901, Block B**
**Jinqiu International Building, No. 6 Zhichun Road**
**Haidian District, Beijing, China**
**+86-010-82088021**

(Address of Principal Executive Offices)

**Wenxiu Zhong, Chief Executive Officer**
**Room 901, Block B**
**Jinqiu International Building, No. 6 Zhichun Road**
**Haidian District, Beijing, China**
**+86-010-82088021**

(Name, Telephone, E-mail and/or Facsimile Number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
| --- | --- | --- |
| Ordinary Shares, par value $0.0005 per share | BAOS | The Nasdaq Stock Market LLC |

Securities registered or to be registered pursuant to Section 12(g) of the Act:

**None**

(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:

**None**

(Title of Class)

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

An aggregate of 20,400,000 ordinary shares, par value $0.0005 per share ("Ordinary Shares"), as of December 31, 2020.

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. Yes ☐ No ☒

Note – Checking the box above will not relieve any registrant required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 from their obligations under those Sections.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☐ No ☒

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Emerging growth company | ☒ |

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. ☐

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

☒ U.S. GAAP      ☐ International Financial Reporting Standards as issued by the      ☐ Other
International Accounting Standards Board

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow: Item 17 ☐ Item 18 ☐

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

(APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PAST FIVE YEARS)

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Sections 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court. Yes ☐ No ☐

**TABLE OF CONTENTS**

| | | |
|---|---|---|
| INTRODUCTION | | 1 |
| FORWARD-LOOKING INFORMATION | | 4 |
| PART I | | 5 |
| ITEM 1. | IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISERS | 5 |
| ITEM 2. | OFFER STATISTICS AND EXPECTED TIMETABLE | 5 |
| ITEM 3. | KEY INFORMATION | 5 |
| ITEM 4. | INFORMATION ON THE COMPANY | 35 |
| ITEM 4A. | UNRESOLVED STAFF COMMENTS | 70 |
| ITEM 5. | OPERATING AND FINANCIAL REVIEW AND PROSPECTS | 70 |
| ITEM 6. | DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES | 90 |
| ITEM 7. | MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS | 96 |
| ITEM 8. | FINANCIAL INFORMATION | 97 |
| ITEM 9. | THE OFFER AND LISTING | 100 |
| ITEM 10. | ADDITIONAL INFORMATION | 100 |
| ITEM 11. | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK | 113 |
| ITEM 12. | DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES | 114 |
| PART II | | 115 |
| ITEM 13. | DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES | 115 |
| ITEM 14. | MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS | 115 |
| ITEM 15. | CONTROLS AND PROCEDURES | 115 |
| ITEM 16A. | AUDIT COMMITTEE FINANCIAL EXPERT | 117 |
| ITEM 16B. | CODE OF ETHICS | 117 |
| ITEM 16C. | PRINCIPAL ACCOUNTANT FEES AND SERVICES | 117 |
| ITEM 16D. | EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES | 117 |
| ITEM 16E. | PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS | 118 |
| ITEM 16F. | CHANGE IN REGISTRANT'S CERTIFYING ACCOUNTANT | 118 |
| ITEM 16G. | CORPORATE GOVERNANCE | 118 |
| ITEM 16H. | MINE SAFETY DISCLOSURE | 118 |
| PART III | | 119 |
| ITEM 17. | FINANCIAL STATEMENTS | 119 |
| ITEM 18. | FINANCIAL STATEMENTS | 119 |
| ITEM 19. | EXHIBITS | 119 |

*Impact of COVID-19 on our business*

Our business could be adversely affected by the effects of epidemics. COVID-19, a novel strain of coronavirus, has spread around the world. Our headquarters is located in Beijing, China. Due to the outbreak of COVID-19 we and some of our business partners have implemented temporary measures and adjustments of work schemes to allow employees to work from home and collaborate remotely. We have taken measures to reduce the impact of the COVID-19 outbreak, including, but not limited to, upgrading our telecommuting system, monitoring employees' health on a daily basis and optimizing technology system to support potential growth in user traffic. We earned gross billing in the amount of $134.9 million for the fiscal year ended December 31, 2020, a decrease of $67.8 million, or 33.5%, from $202.7 million for the fiscal year ended December 31, 2019. Our revenues on a net basis for the fiscal year ended December 31, 2020 decreased by approximately $5.9 million, or 33.3%, as compared with the same period ended December 31, 2019. In the short term, the COVID-19 pandemic has created uncertainties and risks. With the work resumption within China, we expect our gross billing and revenues on a net basis will continue to increase in the long-term. Based on the current situation, we do not expect a significant impact on our operations and financial results in the long run. The extent to which COVID-19 impacts our results of operations will depend on the future development of the circumstances, which is highly uncertain and cannot be predicted with confidence at this time.

In recent years, there were several other outbreaks of epidemics in China and around the world. Our operations could be disrupted if one of our employees is suspected of having H1N1 flu, avian flu, COVID-19 or another epidemic disease, as it may require our employees to be quarantined and/or require us to close our offices. In addition, our results of operations could be adversely affected to the extent that the outbreak harms the overall economy in the PRC and the advertising industry in particular.

**Results of Operations for the Years Ended December 31, 2020 and 2019**

The following table summarizes the results of our operations during the years ended December 31, 2020 and 2019, respectively, and provides information regarding the dollar and percentage increase or (decrease) during such years.

| | For the years ended December 31, | | Variance | |
|---|---|---|---|---|
| | 2020 | 2019 | Amount | % |
| Revenues | $ 11,911,229 | $ 17,846,900 | $ (5,935,671) | (33.3)% |
| Cost of revenues | (1,256,353) | (1,855,164) | 598,811 | (32.3)% |
| Gross profit | 10,654,876 | 15,991,736 | (5,336,860) | (33.4)% |
| **Operating expenses** | | | | |
| Selling and marketing expenses | (947,834) | (411,391) | (536,443) | 130.4% |
| General and administrative expenses | (4,063,867) | (5,129,987) | 1,066,120 | (20.8)% |
| Total operating expenses | (5,011,701) | (5,541,378) | 529,677 | (9.6)% |
| **Income from operations** | 5,643,175 | 10,450,358 | (4,807,183) | **(46.0)%** |
| **Other income (expenses)** | | | | |
| Interest expense, net | (183,896) | (48,311) | (135,585) | 280.7% |
| Subsidy income | 955,439 | 819,755 | 135,684 | 16.6% |
| Other income (expenses), net | 638,611 | (65,754) | 704,365 | (1,071.2)% |
| Total other income, net | 1,410,154 | 705,690 | 704,464 | 99.8% |
| **Income before income taxes** | 7,053,329 | 11,156,048 | (4,102,719) | **(36.8)%** |
| Income tax (expense) benefit | (108,638) | 18,528 | (127,166) | (686.3)% |
| **Net income** | $ 6,944,691 | $ 11,174,576 | $ (4,229,885) | **(37.9)%** |