IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orient Plus International Limited; Union Hi-Tech Development Limited; and Golden Genius International Limited,<br><br>               Plaintiffs,<br><br>vs.<br><br>Baosheng Media Group Holdings Limited; Wenxiu Zhong; Sheng Gong; Yu Zhong; Zuohao Hu; Adam (Xin) He; Yue Jin; Yanjun Hu; Univest Securities, LLC; The Benchmark Company, LLC; WestPark Capital, Inc.; Friedman LLP; and Marcum LLP,<br><br>               Defendants. | Civil Action No. 1:24-cv-00744-JLR |

## **DECLARATION OF YANJUN HU IN SUPPORT OF DEFENDANTS WENXIU ZHONG, SHENG GONG, YU ZHONG, ZUOHAO HU, ADAM (XIN) HE, YUE JIN, AND YANJUN HU'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

I, Yanjun Hu, hereby declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am not a director or officer of Baosheng Media Group Holdings Limited ("**Baosheng**").

2. I currently live and work in Guangzhou, China. I do not maintain a residential address in New York or have any other contacts with the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

Date:     July 2, 2024
          New York, NY

                              /s/ 胡艳军 / Yanjun Hu
                              Yanjun Hu