IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orient Plus International Limited; Union Hi-Tech Development Limited; and Golden Genius International Limited,<br><br>                Plaintiffs,<br><br>vs.<br><br>Baosheng Media Group Holdings Limited; Wenxiu Zhong; Sheng Gong; Yu Zhong; Zuohao Hu; Adam (Xin) He; Yue Jin; Yanjun Hu; Univest Securities, LLC; The Benchmark Company, LLC; WestPark Capital, Inc.; Friedman LLP; and Marcum LLP,<br><br>                Defendants. | Civil Action No. 1:24-cv-00744-JLR |

## DECLARATION OF ZUOHAO HU IN SUPPORT OF DEFENDANTS WENXIU ZHONG, SHENG GONG, YU ZHONG, ZUOHAO HU, ADAM (XIN) HE, YUE JIN, AND YANJUN HU'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

I, Zuohao Hu, hereby declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am a past independent director of Defendant Baosheng Media Group Holdings Limited ("**Baosheng**").

2. My resignation as an independent director from Baosheng became effective on July 5, 2021.

3. I currently live and work in Beijing, China. I do not maintain a residential address in New York or have any other contacts with the State of New York other than having travelled to New York for reasons unrelated to Baosheng.

I declare under penalty of perjury under the laws of the United States of America

1

that the foregoing is true and correct.

Dated: June 28, 2024
New York, NY

/s/
Zuohao Hu