# EXHIBIT 1



|  | Defendant |
|---|---|
|  | First Affidavit of Hu Yanjun |
| Sworn on the | day of July 2024 |
| Filed on the | day of July 2024 |

**IN THE GRAND COURT OF THE CAYMAN ISLANDS**
**FINANCIAL SERVICES DIVISION**

CAUSE NO. FSD 113 OF 2024 (DDJ)

IN THE MATTER OF SECTION 94 OF THE COMPANIES ACT (2023 REVISION)

AND IN THE MATTER OF BAOSHENG MEDIA GROUP HOLDINGS LIMITED

---

### AFFIDAVIT OF HU YANJUN

---

I, Hu Yaniun of 10th Floor, Xinghui Center, No. 122, Huangpu Avenue West, Tianhe District, Guangzhou, Guangdong Province, P.R. of China, **MAKE OATH AND SAY** as follows:-

1. I am the chairman and director of the EJAM Group. The EJAM Group indirectly holds a 6.8% equity interest in Baosheng Media Holdings Limited (the "**Company**")

2. I make this affidavit in support of the Company's application (the "**Application**") to strike out the winding up petition dated 9 April 2024 (the "**Petition**") brought against the Company by Orient Plus International Limited ("**Orient**") in FSD 113 of 2024 (DDJ)) (the "**Winding Up Proceedings**").

3. Save where otherwise stated, the matters to which I depose in this affidavit are true to the best of my knowledge, information and belief. Where I refer to information outside my knowledge, I identify the source of the information, and such information is true and accurate to the best of my knowledge, information and belief.

4. Nothing that is stated in this affidavit is intended to waive privilege over any legal advice.

This Affidavit was filed by Carey Olsen, attorneys for the Company, whose address for service is PO Box 10008, Level 1, Willow House, Cricket Square, Grand Cayman, Cayman Islands KY1-1001 (Ref: /CS/.0001).

### The Transcript of my alleged conversation with Dong Hu

5. I have been provided with the finalised draft copy of the affidavit of Mi Shasha which is filed in support of the Application ("**Mi's 1st**").

6. I note that paragraph 35 of Mi's 1st refers to a transcript of a phone call which was allegedly held between myself and Dong Hu (the "**Transcript**").

7. I can confirm that I was on speaking terms with Dong Hu between 2020 and 2022. I understand that Dong Hu is the controller of the Petitioner, and that the Petitioner was also a minority shareholder of the Company. EJAM Group was also a minority shareholder of the Company. Further, the EJAM Group and the Petitioner are both involved and do business in the media industry.

8. When I spoke with Dong Hu, I recall that we explored possibilities for the Petitioner and the EJAM Group to work together, by combining their respective minority shareholdings, with the aim of ultimately acquiring a controlling interest in the Company. From time to time, we would also discuss the performance of the Company, and I do recall that we did speculate on the reasons for its financial results. However this was always done on an informal basis, and Dong Hu would be well aware of the fact that I am not involved in the affairs or management of the Company.

9. I am therefore astounded by the alleged contents of the Transcript. I did not make any such statements to Dong Hu. The Transcript is false and is a fabrication.

10. In any event, I would not have made the statements set out in the Transcript as they are incorrect and certainly were not consistent with my understanding at the material time.

### My involvement with the Company

11. I agree with the matters set out at paragraph 38 of Mi's 1st.

12. I can confirm that I am not involved and has never been involved in the affairs or the day-to-day operations of the Company. I understand that the Petitioner has stated that I had "functionally run" the Company for over a month, in the period between November 2020 to January 2021. That is untrue.

This Order was filed by Carey Olsen, attorneys-at law for the Company, whose address for service is Level 1, Willow House, Cricket Square, Grand Cayman, Cayman Islands KY1-1001.



13. I can also confirm as follows.

   (a) Between November 2020 and December 2021, I did not approach or have any dealings with the police department in the city of Wuxi in the Jiangsu province of the PRC in relation to the Company. I can confirm specifically that I have never gone to Wuxi to bail anyone out.

   (b) I was not aware of any criminal or police investigations against the Company.

SWORN to at Beijing, China )
This 8th day of July 2024 )
 )
 )
 )
 )  _____
 )  Hu Yanjun
_____
Notary Public

This Order was filed by Carey Olsen, attorneys-at law for the Company, whose address for service is Level 1, Willow House, Cricket Square, Grand Cayman, Cayman Islands KY1-1001.

3

1082351/0004/Z3136433v1



# 公 证 书

（2024）京东方外民证字第10993号

申请人：胡衍军，男，1982年11月16日出生，公民身份号码：362204198211168417。

公证事项：签名

兹证明胡衍军于2024年7月8日来到我处，在本公证员的面前，在前面的英文的《胡衍军的宣誓书》上签名。

中华人民共和国北京市东方公证处

公证员　



LI 23441603

# NOTARIAL CERTIFICATE

(2024) Jing Dong Fang Wai Min Zheng Zi No.10993

Applicant: Hu Yanjun, male, born on November 16, 1982, holding an ID card No. 362204198211168417.

Matter for Notarization: Signature

This is to certify that on July 8, 2024, Hu Yanjun personally appeared before me and executed the *Affidavit of Hu Yanjun* in English above before me.

Beijing Dongfang Notary Public Office

of the People's Republic of China

Notary Public: Zhao Yu

July 8, 2024

L I 23441605

