UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORIENT PLUS INTERNATIONAL LTD., et al.,<br><br>       Plaintiffs,<br><br>-against-<br><br>BAOSHENG MEDIA GROUP HOLDINGS LTD., et al.,<br><br>       Defendants. | Case No. 1:24-cv-00744 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

On July 16, 2024, Plaintiffs filed a Motion for Leave to file a Third Amended Complaint. Dkts. 118-119. On July 23, 2024, this Court dismissed the pending Motions to Dismiss filed at Dkts. 100, 103, and 113 without prejudice to refiling within 30 days of the decision on the Motion to Amend, and extended Defendants' time to respond to the Complaint until that date. Dkt. 122. In so ruling, the Court noted that "addressing the motion to amend prior to addressing motions to dismiss a complaint that may be superseded by amendment is the more efficient method of adjudication." Dkt. 122. For the same reason, the Court dismisses without prejudice Defendant Baosheng Media Group Holdings Limited's Motion to Dismiss at Dkt. 97.

Dated: October 22, 2024
   New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge

1