# Holland & Knight

787 Seventh Avenue, 31st Floor | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Warren E. Gluck
+1 212-513-3396
Warren.Gluck@hklaw.com

November 12, 2024

<u>*Via ECF*</u>

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

      Re:    *Orient Plus Int'l Ltd., et al. v. Baosheng Media Grp. Holdings Ltd., et al.*,
                1:24-cv-00744-JLR

Dear Judge Rochon:

      This firm represents Defendant Baosheng Media Group Holdings Limited in the above-referenced matter. We write pursuant to Rule 1.F of Your Honor's Individual Rules of Practice, and with the consent of counsel for all parties, to request a short extension of time to respond to Plaintiffs' Third Amended Complaint and to propose a mutually agreed briefing schedule. The parties make this request to give both sides sufficient time to prepare comprehensive briefing, taking into account the end-of-year holiday season.

      As background, the Court previously issued an order denying Defendants' pending motions to dismiss without prejudice to renew within 30 days from the decision on Plaintiffs' motion to amend. ECF Nos. 122, 126. On October 31, 2024, the Court granted Plaintiffs' motion to amend. ECF No. 127. Accordingly, the current deadline for Defendants' motions to dismiss the Third Amended Complaint is December 2, 2024.

      The parties have conferred and agreed on the following proposed briefing schedule:

- Defendants' motions to dismiss:     **December 20, 2024**

- Plaintiffs' opposition:     **February 7, 2025**

- Defendants' replies:     **March 7, 2025**

On behalf of all the parties, we respectfully request that the Court adopt the agreed-upon briefing schedule set forth above. The parties appreciate Your Honor's consideration of this request.

Respectfully Submitted,

*/s/ Warren E. Gluck*
Warren E. Gluck, Esq.

cc: All counsel of record (via ECF)