## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orient Plus International Limited; Union Hi-Tech Development Limited; and Golden Genius International Limited,<br><br>     Plaintiffs,<br><br>vs.<br><br>Baosheng Media Group Holdings Limited; Wenxiu Zhong; Sheng Gong; Yu Zhong; Zuohao Hu; Adam (Xin) He; Yue Jin; Yanjun Hu; Univest Securities, LLC; The Benchmark Company, LLC; WestPark Capital, Inc.; Friedman LLP; and Marcum LLP,<br><br>     Defendants. | Civil Action No. 1:24-cv-00744-JLR<br><br>**NOTICE OF APPEARANCE** |

  COMES NOW, Timothy J. McCarthy, New York State Bar No. 3996345; Federal Bar No. TM-2118, an attorney with Dykema Gossett PLLC, who hereby gives notice to the Court and to all parties that he enters an appearance as counsel for Defendants Yu Zhong, Zuohao Hu and Adam (Xin) He in the above-captioned case.

  Timothy J. McCarthy will be lead counsel for Defendants Yu Zhong, Zuohao Hu and Adam (Xin) He.

  Mr. McCarthy is admitted to practice in the United States District Court, Southern District of New York, and is registered with the Court's electronic case filing system. Copies of all pleadings, discovery, correspondence, communications and other materials should be served upon Mr. McCarthy, at the address referenced below:

    Timothy J. McCarthy
    New York State Bar No. 3996345
    Federal Bar No. TM-2118
    tmccarthy@dykema.com
    Dykema Gossett PLLC

       1717 Main Street, Suite 4200
       Dallas, Texas 75201
       (214) 462-6400 (Main Number)
       (214) 698-7847 (Direct Number)
       (855) 245-0197 (Facsimile)

Dated: December 19, 2024.        Respectfully submitted,

                                     Dykema Gossett PLLC
                                     1717 Main Street, Suite 4200
                                     Dallas, Texas 75201
                                     (214) 462-6400
                                     (214) 462-6401 (fax)

                                     By: */s/ Timothy McCarthy*
                                         Timothy J. McCarthy

                                     New York State Bar No. 3996345
                                     Federal Bar No. TM-2118
                                     tmccarthy@dykema.com
                                     Dykema Gossett PLLC
                                     1717 Main Street, Suite 4200
                                     Dallas, Texas 75201
                                     (214) 462-6400 (Main Number)
                                     (214) 698-7847 (Direct Number)
                                     (855) 245-0197 (Facsimile)

- 3 -

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served in accordance with the FEDERAL RULES OF CIVIL PROCEDURE upon all counsel of record on this the 19th day of December 2024.

                                             */s/ Timothy J. McCarthy*
                                             Timothy J. McCarthy

900500.006345  4932-1198-3624.2