## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orient Plus International Limited; Union Hi-Tech Development Limited; and Golden Genius International Limited,<br><br>               Plaintiffs,<br><br>vs.<br><br>Baosheng Media Group Holdings Limited; Wenxiu Zhong; Sheng Gong; Yu Zhong; Zuohao Hu; Adam (Xin) He; Yue Jin; Yanjun Hu; Univest Securities, LLC; The Benchmark Company, LLC; WestPark Capital, Inc.; Friedman LLP; and Marcum LLP,<br><br>               Defendants. | Civil Action No. 1:24-cv-00744-JLR<br><br>**STIPULATION AND ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

The undersigned hereby stipulate and consent to the substitution of the law firm of Dykema Gossett PLLC, by its counsel Timothy J. McCarthy, Esq., as attorney of record for Defendants Yu Zhong, Zuohao Hu, and Adam (Xin) He, in place and stead of the law firm of King & Wood Mallesons LLP, by its counsel Andrew Sklar, Esq., and M.M. Utterback, Esq., admitted *pro hac vice*. Defendants Yu Zhong, Zuohao Hu, and Adam (Xin) He are aware of and have approved said substitution of counsel. King & Wood Mallesons LLP is not asserting a retaining or charging lien.

- 2 -

**King & Wood Mallesons LLP**
Withdrawing Counsel


By: /s/ *Andrew Sklar*
    Andrew Sklar, Esq.


By: /s/ *M.M. Utterback*
    M.M. Utterback, Esq.
    Appearing *pro hac vice*


**Dykema Gossett PLLC**
Substitution Counsel


By: /s/ *Timothy J. McCarthy*
    Timothy J. McCarthy, Esq.

- 3 -

The substitution of attorney is hereby approved and so ORDERED.

Date: December 20, 2024           _____
                                  United States District Judge
                                  Jennifer L. Rochon