UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orient Plus International Limited; Union Hi-Tech Development Limited; and Golden Genius International Limited,<br><br>    Plaintiffs,<br><br>    v.<br><br>Baosheng Media Group Holdings Limited; Wenxiu Zhong; Sheng Gong; Yu Zhong; Zuohao Hu; Adam (Xin) He; Yue Jin; Yanjun Hu; Univest Securities, LLC; The Benchmark Company, LLC; WestPark Capital, Inc.; Friedman LLP; and Marcum LLP,<br><br>    Defendants. | Case No. 1:24-cv-00744-JLR<br><br>Honorable Jennifer L. Rochon |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Karim Basaria in Support of Defendants Friedman LLP and Marcum LLP's Joint Motion to Dismiss the Third Amended Complaint, and all exhibits thereto, Defendants Friedman LLP and Marcum LLP, by and through their undersigned counsel, move this Court before the Honorable Jennifer L. Rochon, United States District Judge, United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time to be designated by the Court, for an Order Dismissing the Third Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and granting such other and further relief as is deemed just and proper.

Dated: December 20, 2024        By: /s/ *Karim Basaria*
                                                 Karim Basaria

Bruce R. Braun (admitted *pro hac vice*)
Karim Basaria (admitted *pro hac vice*)
Rebecca B. Shafer (admitted *pro hac vice*)
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
Email: bbraun@sidley.com
kbasaria@sidley.com
rshafer@sidley.com

Nicholas P. Crowell
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
Email: ncrowell@sidley.com

*Attorneys for Defendants Marcum LLP and Friedman LLP*