**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Orient Plus International Limited; Union Hi-Tech Development Limited; and Golden Genius International Limited,<br><br>               Plaintiffs,<br><br>vs.<br><br>Baosheng Media Group Holdings Limited; Wenxiu Zhong; Sheng Gong; Yu Zhong; Zuohao Hu; Adam (Xin) He; Yue Jin; Yanjun Hu; Univest Securities, LLC; The Benchmark Company, LLC; WestPark Capital, Inc.; Friedman LLP; and Marcum LLP,<br><br>               Defendants. | Civil Action No. 1:24-cv-00744-JLR |

**DEFENDANTS YU ZHONG, ADAM (XIN) HE AND ZUOHAO HU'S**
**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of **YU ZHONG, ADAM (XIN) HE** and **ZUOHAO HU**'s Motion to Dismiss Plaintiffs' Third Amended Complaint, **YU ZHONG, ADAM (XIN) HE** and **ZUOHAO HU** by and through their undersigned counsel move this Court before the Honorable Jennifer L. Rochon, United States District Judge, United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time to be designated by the Court, for an Order Dismissing Plaintiffs' Third Amended Complaint pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure and granting such other and further relief as is deemed just and proper.

Date:         December 20, 2024
                New York, NY

 */s/ Timothy J. McCarthy*
Timothy J. McCarthy
New York State Bar No. 3996345
Federal Bar No. TM-2118
**DYKEMA GOSSETT PLLC**
1717 Main Street, Suite 4200
Dallas, Texas 75201
(214) 462-6400 (Main Number)
(214) 698-7847 (Direct Number)
(855) 245-0197 (Facsimile)
tmccarthy@dykema.com

**ATTORNEY FOR DEFENDANTS
YU ZHONG, ADAM (XIN) HE,**
and **ZUOHAO HU**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served in accordance with the FEDERAL RULES OF CIVIL PROCEDURE upon all counsel of record on this the 20th day of December 2024.

 */s/ Timothy J. McCarthy*
Timothy J. McCarthy