

**MICHAEL ROWE**
**(612) 492-6724**
**rowe.michael@dorsey.com**

January 24, 2025

**VIA ECF FILING**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

> Re:  *Orient Plus International, Limited, et al., v. Baosheng Media Group Holdings,*
> *Limited, et al.*, Case No. 1:24-cv-744

Dear Judge Rochon,

 I write to supplement my January 23, 2025, letter requesting leave for Plaintiffs to file an omnibus brief of no more than 30,000 words in opposition to Defendants' five motions to dismiss. At the time we filed our letter, counsel for the Individual Defendants (Wenxiu Zhong; Sheng Gong; Yu Zhong; Zuohao Hu; Adam (Xin) He; Yue Jin; Yanjun Hu), had not provided their position as to Plaintiffs' request.

 After Plaintiffs' filing yesterday afternoon, counsel for the Individual Defendants responded and stated that they do not oppose Plaintiffs' request, but that they reserve all rights regarding the length, scope, and timing of their reply briefs. Accordingly, no Defendant opposes Plaintiffs' requested relief.

     Sincerely,

     *s/ Michael Rowe*
     Michael Rowe

cc: All Counsel of Record (via ECF)