UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orient Plus International Limited; Union Hi-Tech Development Limited; and Golden Genius International Limited,<br><br>                Plaintiffs,<br><br>vs.<br><br>Baosheng Media Group Holdings Limited; Wenxiu Zhong; Sheng Gong; Yu Zhong; Zuohao Hu; Adam (Xin) He; Yue Jin; Yanjun Hu; Univest Securities, LLC; The Benchmark Company, LLC; WestPark Capital, Inc.; Friedman LLP; and Marcum LLP,<br><br>                Defendants. | Civil File No. 1:24-cv-00744-JLR<br><br>**Oral Argument Requested** |

## DECLARATION OF IAN BLODGER IN SUPPORT OF PLAINTIFFS' OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS THE THIRD AMENDED COMPLAINT

I, Ian Blodger, state and declare as follows:

1. I am an attorney at the law firm of Dorsey & Whitney LLP and admitted as *pro hac vice* counsel to Plaintiffs Orient Plus International Limited, Union Hi-Tech Development Limited, and Golden Genius International Limited (collectively "Plaintiffs"). I submit this Declaration in support of Plaintiffs' Memorandum in Opposition to Defendants' Motions to Dismiss the Third Amended Complaint.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a March 7, 2022, Schedule 13G signed by Yanjun Hu and filed with the United States Securities and Exchange Commission.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of New York Department of State's listing for Friedman LLP.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of an excerpt from Baosheng Media Group Holdings's May 6, 2020, Form F-1 filed with the United States Securities and Exchange Commission.

5.      Attached as **Exhibit 4** is a true and correct copy of Baosheng Media Group Holdings's July 10, 2020, Form F-1 filed with the United States Securities and Exchange Commission.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of *Danjanovich v. Robbins*, 2:04-CV-623, 2006 U.S. Dist. LEXIS 52508 (D. Utah. July 28, 2006), a decision not available on Westlaw.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 7, 2025                             */s/ Ian Blodger*
                                                                      Ian Blodger