# EXHIBIT 2

An official website of New York State.
Here's how you know



# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** FRIEDMAN LLP
**DOS ID:** 1878724
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC REGISTERED LIMITED LIABILITY PARTNERSHIP
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 1500A RLLP - PARTNERSHIP LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 12/23/1994
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 01/01/1995
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE
**COUNTY:** BLANK
**NEXT STATEMENT DUE DATE:**
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

**ENTITY DISPLAY**    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

#### Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE PARTNERSHIP
**Address:** ATTN HARRIET GREENBERG, 165 BROADWAY 21ST FL, NEW YORK, NY, UNITED STATES, 10019

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

#### Chief Executive Officer's Name and Address

**Name:**
**Address:**

#### Principal Executive Office Address

**Address:** 165 BROADWAY, 21ST FL, NEW YORK, NY, UNITED STATES, 10019

#### Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

Agencies App Directory Counties Events Programs Services