# EXHIBIT 3

**PRINCIPAL SHAREHOLDERS**

The following table sets forth information with respect to the beneficial ownership, within the meaning of Rule 13d-3 under the Exchange Act, of our Ordinary Shares as of the date of this prospectus, and as adjusted to reflect the sale of the Ordinary Shares offered in this offering for:

- each of our directors and executive officers who beneficially own our Ordinary Shares;

- our directors and executive officers as a group; and

- each person known to us to own beneficially more than 5% of our Ordinary Shares.

Beneficial ownership includes voting or investment power with respect to the securities. Except as indicated below, and subject to applicable community property laws, the persons named in the table have sole voting and investment power with respect to all Ordinary Shares shown as beneficially owned by them. Percentage of beneficial ownership of each listed person prior to this offering is based on 102 Ordinary Shares outstanding as of the date of this prospectus. Percentage of beneficial ownership of each listed person after this offering includes Ordinary Shares outstanding immediately after the completion of this offering, assuming the underwriter does not exercise its over-allotment option.

Information with respect to beneficial ownership has been furnished by each director, officer, or beneficial owner of 5% or more of our Ordinary Shares. Beneficial ownership is determined in accordance with the rules of the SEC and generally requires that such person have voting or investment power with respect to securities. In computing the number of Ordinary Shares beneficially owned by a person listed below and the percentage ownership of such person, Ordinary Shares underlying options, warrants, or convertible securities held by each such person that are exercisable or convertible within 60 days of the date of this prospectus are deemed outstanding, but are not deemed outstanding for computing the percentage ownership of any other person. Except as otherwise indicated in the footnotes to this table, or as required by applicable community property laws, all persons listed have sole voting and investment power for all Ordinary Shares shown as beneficially owned by them. As of the date of the prospectus, we have six shareholders of record, none of whom are located in the United States. We will be required to have at least 300 shareholders at closing in order to satisfy the NASDAQ listing standards.

| | Ordinary Shares Beneficially Owned Prior to this Offering | | Ordinary Shares Beneficially Owned After this Offering | | Percentage of Votes Held After this Offering |
| --- | --- | --- | --- | --- | --- |
| | Number | Percent | Number | Percent | Percent |
| **Directors and Executive Officers:** * | | | | | |
| Wenxiu Zhong[1] | 29.7 | 29.12% | | % | % |
| Sheng Gong[2] | 3.3 | 3.24% | | | |
| [●]† | [●] | [●]% | | | |
| [●]† | [●] | [●]% | | | |
| [●]† | [●] | [●]% | | | |
| **All directors and executive officers as a group ([●] individuals):** | 33 | 32.35% | | | |
| **5% Shareholders:** | | | | | |
| Deng Guan BVI | 23 | 22.54% | | | |
| PBCY Investment | 30 | 29.41% | | | |
| EJAM BVI | 10 | 9.80% | | | |

*Notes:*
* The business address for our directors and executive officers is Room 901, Block B, Jinqiu International Building, No.6 Zhichun Road, Haidian District, Beijing, People's Republic of China.
† Expected to become a director immediately upon closing of this offering.
(1) Represents 33 ordinary shares owned by An Rui Tai BVI, a business company incorporated under the laws of the BVI, which is owned as to 90% by Ms. Wenxiu Zhong. The registered address of An Rui Tai BVI is Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands.
(2) Represents 33 ordinary shares owned by An Rui Tai BVI, a business company incorporated under the laws of the BVI, which is owned as to 10% by Mr. Sheng Gong. The registered address of An Rui Tai BVI is Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands.

**History of Share Capital**

We were incorporated in the Cayman Islands as an exempted company with limited liability on December 4, 2018. We have issued the following Ordinary Shares to certain founding shareholders.

| Purchaser | Date of Issuance | Number of Ordinary Shares |
| --- | --- | --- |
| An Rui Tai BVI | December 4, 2018 | 33 |
| Deng Guan BVI | December 4, 2018 | 30 |
| PBCY Investment | December 4, 2018 | 23 |
| EJAM BVI | December 4, 2018 | 10 |
| Everlasting Innovation | December 4, 2018 | 4 |
| Etone Investment | May 13, 2019 | 2 |

As of the date of this prospectus, our authorized share capital consists of $50,000 divided into 102 Ordinary Shares, par value $0.01 per share. Holders of Ordinary Shares are entitled to one vote per share. We will issue Ordinary Shares in this offering.