UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orient Plus International Limited; Union Hi-Tech Development Limited; and Golden Genius International Limited,<br><br>        Plaintiffs,<br><br>        v.<br><br>Baosheng Media Group Holdings Limited; Wenxiu Zhong; Sheng Gong; Yu Zhong; Zuohao Hu; Adam (Xin) He; Yue Jin; Yanjun Hu; Univest Securities, LLC; The Benchmark Company, LLC; WestPark Capital, Inc.; Friedman LLP; and Marcum LLP,<br><br>        Defendants. | Case No. 1:24-cv-00744-JLR<br><br>Honorable Jennifer L. Rochon |

**DECLARATION OF KARIM BASARIA IN SUPPORT OF
FRIEDMAN LLP & MARCUM LLP'S JOINT REPLY IN SUPPORT OF THEIR
MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

Karim Basaria, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am an attorney at law, duly licensed and entitled to practice in the State of Illinois. I am admitted pro hac vice to practice before the Court in this matter. I am a partner of Sidley Austin LLP and an attorney for Defendants Friedman LLP and Marcum LLP. I submit this declaration in support of Friedman LLP & Marcum LLP's Joint Reply in Support of Their Motion to Dismiss the Third Amended Complaint.

2. Attached hereto as Exhibit F is a true and correct copy of Freidman LLP's Entity Information as it appeared on the New York Department of State website on March 6, 2025.

3. I declare under penalty of perjury that the foregoing is true and correct.

1

Executed in Chicago, Illinois on March 7, 2025.

                                                  */s/ Karim Basaria*

                                                  Karim Basaria