# EXHIBIT F

An official website of New York State.
Here's how you know




# Department of State
## Division of Corporations

## Entity Information

Return to Results | Return to Search

Entity Details

**ENTITY NAME:** FRIEDMAN LLP
**DOS ID:** 1878724
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC REGISTERED LIMITED LIABILITY PARTNERSHIP
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 1500A RLLP - PARTNERSHIP LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 12/23/1994
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 01/01/1995
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE
**COUNTY:** BLANK
**NEXT STATEMENT DUE DATE:**
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE PARTNERSHIP

**Address:** ATTN HARRIET GREENBERG, 165 BROADWAY 21ST FL, NEW YORK, NY, UNITED STATES, 10019

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:** 165 BROADWAY, 21ST FL, NEW YORK, NY, UNITED STATES, 10019

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|

An official website of New York State.
Here's how you know





# Department of State
## Division of Corporations

## Entity Name History

Return to Results | Return to Search

Entity Details

**ENTITY NAME:** FRIEDMAN LLP
**DOS ID:** 1878724
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC REGISTERED LIMITED LIABILITY PARTNERSHIP
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 1500A RLLP - PARTNERSHIP LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 12/23/1994
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 01/01/1995
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE
**COUNTY:** BLANK
**NEXT STATEMENT DUE DATE:**
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

Search

| File Date | Document Type | Entity Name | File Number |
|---|---|---|---|
| 12/23/1994 | NOTICE OF REGISTRATION | FRIEDMAN ALPREN & GREEN LLP | 941223000278 |
| 06/02/2004 | CERTIFICATE OF AMENDMENT | FRIEDMAN LLP | 040602000205 |

Rows per page: 5 1-2 of 2

Agencies App Directory Counties Events Programs Services

An official website of New York State.
Here's how you know




# Department of State
## Division of Corporations

## Entity Filing History

Return to Results Return to Search

Entity Details

**ENTITY NAME:** FRIEDMAN LLP
**DOS ID:** 1878724
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC REGISTERED LIMITED LIABILITY PARTNERSHIP
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 1500A RLLP - PARTNERSHIP LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 12/23/1994
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 01/01/1995
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE
**COUNTY:** BLANK
**NEXT STATEMENT DUE DATE:**
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY NAME HISTORY **FILING HISTORY** MERGER HISTORY ASSUMED NAME HISTORY

Search

| File Date | Cert Code | Document Type | Description/Amended Information | Page Count | File Number |
|---|---|---|---|---|---|
| 03/05/2020 | 32 | FIVE YEAR STATEMENT | PRINCIPAL OFFICE ADDRESS,SERVICE OF PROCESS | 1 | 200305002009 |
| 12/29/2014 | 32 | FIVE YEAR STATEMENT | | 1 | 141229002034 |
| 11/20/2009 | 32 | FIVE YEAR STATEMENT | | 1 | 091120002350 |
| 01/25/2005 | 32 | FIVE YEAR STATEMENT | | 2 | 050125002653 |
| 06/02/2004 | 02 | CERTIFICATE OF AMENDMENT | ENTITY NAME | 2 | 040602000205 |
| 12/03/1999 | 32 | FIVE YEAR STATEMENT | PRINCIPAL OFFICE ADDRESS,SERVICE OF PROCESS | 2 | 991203002035 |
| 03/20/1995 | 31 | AFFIDAVIT OF PUBLICATION | | 2 | 950320000270 |
| 03/20/1995 | 31 | AFFIDAVIT OF PUBLICATION | | 2 | 950320000274 |
| 12/23/1994 | 01 | NOTICE OF REGISTRATION | | 2 | 941223000278 |

Rows per page: 10 1-9 of 9

Agencies App Directory Counties Events Programs Services

An official website of New York State.
Here's how you know




# Department of State
## Division of Corporations

## Entity Merger History

Return to Results | Return to Search

Entity Details

**ENTITY NAME:** FRIEDMAN LLP

**DOS ID:** 1878724

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC REGISTERED LIMITED LIABILITY PARTNERSHIP

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 1500A RLLP - PARTNERSHIP LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 12/23/1994

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 01/01/1995

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** PAST DUE

**COUNTY:** BLANK

**NEXT STATEMENT DUE DATE:**

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

No merger History result.

Agencies App Directory Counties Events Programs Services

An official website of New York State.
Here's how you know




# Department of State
## Division of Corporations

## Entity Assumed Name History

Return to Results | Return to Search

Entity Details

**ENTITY NAME:** FRIEDMAN LLP
**DOS ID:** 1878724
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC REGISTERED LIMITED LIABILITY PARTNERSHIP
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 1500A RLLP - PARTNERSHIP LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 12/23/1994
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 01/01/1995
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE
**COUNTY:** BLANK
**NEXT STATEMENT DUE DATE:**
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | **ASSUMED NAME HISTORY**

No Assumed Name History result.

Agencies App Directory Counties Events Programs Services