UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ORIENT PLUS INTERNATIONAL LTD., et al.,<br><br>                      Plaintiffs,<br><br>      -against-<br><br>BAOSHENG MEDIA GROUP HOLDINGS LTD., et al.,<br><br>                      Defendants. | Case No. 1:24-cv-00744 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

As discussed at the parties' initial pre-trial conference on December 11, 2025, Defendant Baosheng Media Group Holdings Ltd. ("Baosheng") shall inform the Court by **December 23, 2025**, as to whether Baosheng is amenable to appearing before Magistrate Judge Willis for a mediation conference.

Also by **December 23, 2025**, the parties shall submit a revised proposed case management plan with an updated expert discovery schedule.

Dated: December 11, 2025
       New York, New York

                                          SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge