# Holland & Knight

787 Seventh Avenue, 31st Floor | New York, New York 10019 | T +1.212.513.3200 | F +1.212.385.9010
Holland & Knight LLP | www.hklaw.com

Jasmine C. Sorrentino
+1 212-751-3014
Jasmine.Sorrentino@hklaw.com

December 23, 2025

*Via ECF*

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

      Re:    *Orient Plus Int'l Ltd., et al. v. Baosheng Media Grp. Holdings Ltd., et al.*,
            1:24-cv-00744-JLR

Dear Judge Rochon:

      This firm represents Defendant Baosheng Media Group Holdings Limited ("Baosheng") in the above-referenced matter. Pursuant to Your Honor's December 11, 2025 Order (ECF No. 196), we write to inform the Court that Baosheng regretfully is unable to participate in mediation at this time. Baosheng's Chinese legal team at Jinghan Law Firm has informed us that Baosheng does not currently have an appropriate representative available and has not reached an internal consensus on any potential mediation proposal, making it unable to engage meaningfully in the mediation process.

      We thank the Court for its time and attention to this matter.

                              Respectfully submitted,

                              **HOLLAND & KNIGHT LLP**

                              */s/ Jasmine C. Sorrentino*
                              Jasmine C. Sorrentino

cc:    All counsel of record (via ECF)

Algiers | Atlanta | Austin | Birmingham | Bogotá | Boston | Century City | Charlotte | Chattanooga
Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville | London | Los Angeles | Mexico City
Miami | Monterrey | Nashville | Newport Beach | New York | Orlando | Philadelphia | Portland | Richmond
San Francisco | Seattle | Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach