UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Orient Plus International Limited; Union Hi-Tech Development Limited; and Golden Genius International Limited,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>Baosheng Media Group Holdings Limited; Wenxiu Zhong; Sheng Gong; Yu Zhong; Zuohao Hu; Adam (Xin) He; Yue Jin; Yanjun Hu; Univest Securities, LLC; The Benchmark Company, LLC; WestPark Capital, Inc.; Friedman LLP; and Marcum LLP,<br><br>　　　　　　　　Defendants. | Case No. 1:24-cv-00744-JLR |

**<u>NOTICE OF HOLLAND & KNIGHT LLP'S MOTION TO WITHDRAW AS COUNSEL</u>**

　　　　PLEASE TAKE NOTICE that, upon the accompanying memorandum of law in support of the motion of Holland & Knight LLP ("Holland & Knight") to withdraw as counsel of record for defendant Baosheng Media Group Holdings Limited ("Baosheng") and the declaration of Jasmine C. Sorrentino, Holland & Knight and its individual attorneys Jessica B. Magee, Jasmine C. Sorrentino, and Kayla A. Joyce hereby move this Court before the Honorable Jennifer L. Rochon, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for permission to withdraw as counsel.

Dated: New York, New York
December 23, 2025

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

By: /s/ *Jasmine C. Sorrentino*

Jasmine C. Sorrentino, Esq.
Kayla A. Joyce, Esq.
787 Seventh Avenue, 31st Floor
New York, NY 10019
Tel.: (212) 513-3200
Email: jasmine.sorrentino@hklaw.com
kayla.joyce@hklaw.com

Jessica B. Magee (admitted *pro hac vice*)
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Tel: (214) 964-9500
Email: jessica.magee@hklaw.com

*Counsel for Defendant*
*Baosheng Media Group Holdings Limited*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 23, 2025, the foregoing Motion to Withdraw as Counsel and all supporting documents were served upon all counsel of record in this action by means of the Court's electronic filing system and via email on the authorized representatives of Defendant Baosheng Media Group Holdings Limited and individuals at JingHan Law Firm.

                By: /s/ Jasmine C. Sorrentino