UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIENT PLUS INTERNATIONAL
LIMITED, et al.,

                                  Plaintiffs,

            -against-

BAOSHENG MEDIA GROUP HOLDINGS
LIMITED, et al.,

                                  Defendants.

Case No. 1:24-cv-00744 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of a motion for Holland & Knight LLP to withdraw as counsel (the "Motion") for Defendant Baosheng Media Group Holdings Limited ("Baosheng"). *See* Dkts. 198-200. Any responses to the Motion are due by January 2, 2026.

The Court will hold a conference to discuss the Motion on January 7, 2026, at 11:30 a.m. The client Baosheng shall appear at the conference, along with counsel from JingHan Law Firm and counsel from Holland & Knight. The conference will be held virtually, via Microsoft Teams. Counsel will receive log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 763 258 007#. Holland & Knight is directed to advise Baosheng and JingHan Law Firm of this Order.

Dated:  December 29, 2025
        New York, New York

                                  SO ORDERED.

                                  _Jennifer Rochon_
                                  _____
                                  JENNIFER L. ROCHON
                                  United States District Judge