AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

Orient Plus International Limited, et. al.
                    Plaintiff (s),
        V.
Baosheng Media Group Holdings Limited, et. al.
                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:24-cv-00744(JLR)

Notice is hereby given that, subject to approval by the court, __Baosheng Media Group Holdings Ltd.__ substitutes
(Party (s) Name)

__Ruisi Guo__, State Bar No. __5487046__ as counsel of record in
(Name of New Attorney)

place of __Jasmine Chean Sorrentino, Jessica B. Magee, Kayla Joyce__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
- Firm Name: Innovative Legal Services
- Address: 355 S Grand Ave, Suite 2450
- Telephone: (626) 344-8949       Facsimile: 
- E-Mail (Optional): grace.guo@consultils.com

I consent to the above substitution.
Date: January 7, 2026
(Signature of Party (s))

I consent to being substituted.
Date: January 6, 2026
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: January 6, 2026
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]