

500 Fifth Avenue
50th Floor
New York, New York 10110

**T** +1 212 319 4755

**www.kwm.com**

<u>Via ECF</u>

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**Re:**   *Orient Plus Int'l Ltd., et al. v. Baosheng Media Grp. Holdings Ltd., et al.,*
**Case No. 1:24-cv-00744-JLR**

Dear Judge Rochon;

Pursuant to Rule 1.F of Your Honor's Individual Rules of Practice in Civil Cases, we write on behalf of all Defendants, and with the agreement of all parties including Plaintiffs, to request an extension of time to respond to Plaintiffs' Motion for a Letter of Request for Judicial Assistance under the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters ("**Motion**," Dkt. Nos. 205-207).  Defendants respectfully request a brief one-week extension of time to respond to the Motion.

Plaintiffs' Motion seeks discovery under the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters of certain evidence presented in a proceeding held before the Beijing No. 4 Intermediate People's Court of the People's Republic of China, including evidence from the Yixing City Public Security Bureau and Dingshan Police Station that was allegedly examined by counsel during the Beijing proceeding.  *See* Dkt. No. 206 at 2-3.  The additional time will allow Defendants to verify the assertions made by Plaintiffs in the Motion and in the supporting declaration and to prepare a full response.

The current deadlines for responding to the Motion are as follows:

- *January 21, 2026*—Deadline for Defendants' Opposition
- *January 28, 2026*—Deadline for Plaintiffs' Reply

All parties have agreed to the following briefing schedule:

- *January 28, 2026*—Deadline for Defendants' Opposition
- *February 4, 2026*—Deadline for Plaintiffs' Reply

Defendants have previously requested and been granted extensions of time to respond to the Amended Complaint, the Second Amended Complaint, and/or to file answer.  *See* Dkt. Nos. 45, 66, 112, 185.

King & Wood Mallesons LLP is a New York registered limited liability partnership.
Member firm of the King & Wood Mallesons network.  See **www.kwm.com** for more information.
Asia Pacific   |   Europe   |   North America   |   Middle East



All parties respectfully request that the Court grant the requested extension and the agreed-upon briefing schedule.

Thank you for your consideration of this request.

Dated: January 14, 2026

Request GRANTED.  Defendants' opposition to Plaintiffs' motion is due by January 28, 2026. Plaintiffs' reply, if any, is due by February 4, 2026.

Dated: January 15, 2026
      New York, New York
**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Respectfully submitted,
KING & WOOD MALLESONS LLP

By: */s/ M.M. Utterback*
    M.M. Utterback (*pro hac vice*)
    500 Fifth Avenue, 50th Floor
    New York, NY 10110
    (212) 319-4755
    meg.utterback@us.kwm.com

*Counsel for Defendants Wenxiu Zhong, Sheng Gong, and Yue Jin*

cc:    All counsel of record (*via ECF*)

2