**Ruisi (Grace) Guo, Esq.**
Senior Counsel
+1.626.344.8949
grace.guo@consultils.com
Innovative Legal Services, a Professional CorporationCommercial | Employment | Immigration www.consultils.com

January 21, 2026

Via ECF

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

      Re: *Orient Plus Int'l Ltd., et al. v. Baosheng Media Grp. Holdings Ltd., et al.*
         Case No.: 1:24-cv-00744-JLR

Dear Judge Rochon:

      Pursuant to Your Honor's order during the conference on January 7, 2026, all parties to the above-referenced matter, through the undersigned counsel, jointly submit the following position regarding mediation, following meet and confer:

      If ordered, Plaintiffs will appear at a settlement conference with the assigned magistrate judge and negotiate in good faith.

      While Defendants do not believe a settlement conference will be fruitful at this time in the absence of a demand from Plaintiff, Defendants will engage in good faith at a court-ordered settlement conference with the assigned magistrate judge.

      Thank you for your time and attention to this matter.

      Respectfully submitted,

      **Innovative Legal Services P.C.**

      Ruisi Guo

Cc:    All counsel of record (via ECF)