**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
ORIENT PLUS INTERNATIONAL LIMITED
et al.,

                              Plaintiff,

                  -against-

BAOSHENG MEDIA GROUP HOLDINGS
LIMITED et al.,

                            Defendant.
-----------------------------------------------------------------

**ORDER**
**24-CV-744 (JLR) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      This matter was referred for settlement.  Dkt. No. 214.  On January 23, 2026, the Court instructed the Parties to inform the Court as to whether they wish to participate in a settlement conference.  Dkt. No. 217.  At this point, not all Parties have indicated they wish to participate in a settlement conference so the Court will not schedule one.

      Should the Parties wish to schedule a settlement conference in the future the Parties should jointly contact WillisNYSDChambers@nysd.uscourts.gov to provide availability.

      SO ORDERED.

DATED:    New York, New York
            February 12, 2026

                                  JENNIFER E. WILLIS
                                  United States Magistrate Judge