**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ORIENT PLUS INTERNATIONAL LIMITED; UNION HI-TECH DEVELOPMENT LIMITED; and GOLDEN GENIUS INTERNATIONAL LIMITED, <br><br> Plaintiffs, <br><br> -against- <br><br> BAOSHENG MEDIA GROUP HOLDINGS LIMITED; WENXIU ZHONG; SHENG GONG; YU ZHONG; ZUOHAO HU; ADAM (XIN) HE; YUE JIN; UNIVEST SECURITIES, LLC; THE BENCHMARK COMPANY, LLC; and WESTPARK CAPITAL, INC., <br><br> Defendants. | Case No. 1:24-cv-00744 (JLR) <br><br> Hon. Jennifer L. Rochon |

**~~[PROPOSED]~~ LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

In conformity with Article 3 of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Hague Evidence Convention"), 23 U.S.T. 2555, T.I.A.S. No. 7444, the United States District Court for the Southern District of New York presents its compliments to the Ministry of Justice of China and the appropriate judicial authority of China and respectfully submits this request for international judicial assistance to obtain evidence to be used in the above-captioned civil proceeding before this Court from the Beijing No. 4 Intermediate People's Court, Beijing Shijingshan District People's Court, Yixing City Public Security Bureau, and Dingshan Police Station. Plaintiffs seek certain documents and information through this Letter of Request because the materials at issue are in the possession, custody, or control of the above-mentioned authorities in China, and cannot be obtained from any alternative source.

1.      **Sender/Requesting Judicial Authority (Art. 3(a))**

Honorable Jennifer L. Rochon
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY10007-1312
United States of America

2.      **Central Authority of the Requested State**

International Legal Cooperation Center (ILCC)
Ministry of Justice of China
No. 33, Ping'AnLi Xidajie
Xicheng District
Beijing 100035
People's Republic of China

3.      **Persons to Whom the Executed Request is to be Returned**

       Michael Rowe
       Ian Blodger
       Dorsey & Whitney LLP
       50 South Sixth Street, Suite 1500
       Minneapolis, MN 55402
       United States of America
       Telephone: +1 (612) 492-6724
       E-mail: rowe.michael@dorsey.com
       E-mail: blodger.ian@dorsey.com

       Ray Liu
       Dorsey & Whitney LLP
       Unit 603, Tower C, Yintai Centre
       2 Jianguomenwai Avenue
       Chaoyang District
       Beijing 100022
       People's Republic of China
       E-mail: liu.ray@dorsey.com
       Telephone: + 86 (10) 8513-5988

4.      **Specification of the Date by Which the Requesting Authority Requires Receipt of the Response to the Letter of Request**

       The Court has ordered the parties to this action to complete all fact discovery by December 4, 2027 (ECF No. 195.) Accordingly, a response to this Letter of Request is respectfully requested by July 1, 2026, or as soon thereafter as reasonably possible, in acknowledgment of possible delays.

**5.      Names and Addresses of All Parties and Their Representatives (Art. 3(b))**

| Plaintiffs | Orient Plus International Limited<br>Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola, VG1110<br>British Virgin Islands<br><br>Union Hi-Tech Development Limited<br>Trust Company Complex<br>Ajeltake Road, Ajeltake Island<br>Majuro<br>Marshall Islands MH96960<br><br>Golden Genius International Limited<br>Vistra Corporate Services Centre<br>Wickhams Cay II<br>Road Town, Tortola, VG1110<br>British Virgin Islands |
|---|---|
| **Representatives for all Plaintiffs** | Daniel Goldberger<br>Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, NY 10019<br>United States of America<br>Telephone: +1 (212) 415-9200<br>Facsimile: +1 (212) 953-7201<br>E-mail: goldberger.dan@dorsey.com<br><br>Thomas P. Swigert<br>Michael Rowe<br>Ian Blodger<br>Dorsey & Whitney LLP<br>50 South Sixth Street, Suite 1500<br>Minneapolis, MN 55402<br>United States of America<br>E-mail: swigert.tom@dorsey.com<br>E-mail: rowe.michael@dorsey.com<br>E-mail: blodger.ian@dorsey.com |

| | |
|---|---|
| **Defendants** (addresses are based on best available publicly available information) | Baosheng Media Group Holdings Limited<br>Harneys Fiduciary (Cayman) Limited<br>4th Floor, Harbour Place, 103 South Church Street, P.O. Box 10240<br>Grand Cayman KY1-1002<br>Cayman Islands<br><br>Wenxiu Zhong<br>No. 1279, Staff Residential Building of Ersan Company<br>Yanjiao Development Zone Avenue<br>Sanhe City, Hebei Province 065201<br>People's Republic of China<br><br>Sheng Gong<br>Room 1701, Unit 1, Building 9, Yard 66, Jingyang East Street<br>Shijingshan District<br>Beijing 100040<br>People's Republic of China<br><br>Yu Zhong<br>Kangda (Guangzhou) Law Firm,<br>Room 2901, Leatop Plaza, No. 32, Zhujiang East Road, Tianhe District<br>Guangzhou, Guangdong 510620<br>People's Republic of China<br><br>Zuohao Hu<br>B453, Li Hua Building, School of Economics and Management, Tsinghua University<br>Haidian District<br>Beijing 100084<br>People's Republic of China<br><br>Adam (Xin) He<br>One AMC Way, 11500 Ash Street<br>Leawood, KS 66211<br>United States of America<br><br>Yue Jin<br>No. 1006, Building 10, Chunxiu Road<br>Dongcheng District<br>Beijing 100027<br>People's Republic of China |

4

| | |
|---|---|
| | Univest Securities, LLC<br>75 Rockefeller Plaza, Suite 1838<br>New York, NY 10019<br>United States of America<br><br>The Benchmark Company, LLC<br>150 E. 58th Street, 17th Floor<br>New York, NY 10155<br>United States of America<br><br>Westpark Capital, INC.<br>1800 Century Park E., Suite 220<br>Los Angeles, CA 90067<br>United States of America |
| **Representatives for Defendant Baosheng Media Group Holdings Limited** | ~~Warren Ernest Gluck~~<br>~~Gluck Bluestone, PC~~<br>~~52 Duane Street 7th Floor~~<br>~~New York, NY 10007~~<br>~~United States of America~~<br>~~Telephone: +1 (646) 970-7712~~<br>~~E-mail: wgluck@gluckbluestone.com~~<br><br>Ruisi (Grace) Guo<br>Innovative Legal Solutions<br>355 S Grant Ave, Suite 2450<br>Los Angeles, California 90071<br>United States of America<br>Telephone: +1 (626) 344-8949<br>E-mail: grace.guo@consultils.com |
| **Representatives for Defendants Wenxiu Zhong and Sheng Gong** | Mary Margaret Utterback<br>Andrew Jacob Sklar<br>King & Wood Mallesons LLP<br>500 Fifth Avenue, 50th Floor<br>New York, NY 10110<br>United States of America<br>Telephone: +1 (212) 319-4755<br>E-mail: meg.utterback@us.kwm.com<br>E-mail: andrew.sklar@us.kwm.com |
| **Representatives for Yu Zhong, Zuohao Hu, and Adam (Xin) He** | Timothy James McCarthy<br>Dykema Gossett PLLC<br>1717 Main Street, Suite 4200<br>Dallas, TX 75201<br>United States of America |

5

| | |
|---|---|
| | Telephone: +1 (214) 698-7857<br>E-mail: tmccarthy@dykema.com<br><br>Lu W Harmening<br>Dykema Gossett PLLC<br>10 S. Wacker Dr., Suite 2300<br>Chicago, IL 60606<br>United States of America<br>Telephone: +1 (312) 627-2271<br>E-mail: lharmening@dykema.com |
| **Representatives for Univest Securities, LLC; The Benchmark Company, LLC; and Westpark Capital, Inc.** | Angus Ni<br>Morrow Ni LLP<br>506 2nd Avenue, Suite 1400<br>Seattle, WA 98104<br>United States of America<br>Telephone: +1 (773) 543-3223<br>E-mail: angus@moni.law<br><br>Lawrence Yichu Yuan<br>Ryan McMenamin<br>Yue (Serena) Yang<br>Morrow Ni LLP<br>41 Madison Avenue, 31st Floor<br>New York, NY 10010<br>United States of America<br>Telephone: +1 (646) 453-7294<br>E-mail: lawrence@moni.law<br>E-mail: ryan@moni.law<br>E-mail: serena@moni.law |

## 6.    Name of the Case and Any Identifying Number

The name of this case is:

*Orient Plus International Limited; Union Hi-Tech Development Limited; and Golden Genius International Limited v. Baosheng Media Group Holdings Limited; Wenxiu Zhong; Sheng Gong; Yu Zhong; Zuohao Hu; Adam (Xin) He; Yue Jin; Univest Securities, LLC; The Benchmark Company, LLC; and Westpark Capital, Inc.*

The case number is: 1:24-cv-00744 (JLR) pending in the United States District Court for

the Southern District of New York.

## 7.    Nature of the Proceeding and Summary of the Facts (Art. 3(c))

6

On February 1, 2024, Plaintiffs filed a complaint in the United States District Court for the Southern District of New York. Following several amendments, Plaintiffs filed their Third Amended Complaint (the "TAC") on November 1, 2024, a copy of which is attached hereto. This civil action alleges that Defendants violated various provisions of a United States federal statute, the Securities Act of 1933, as well as applicable common law. The parties to this action are currently conducting discovery.

This case arises from two transactions through which Plaintiffs purchased a total of $13.5 million worth of ordinary shares of Baosheng Media Group Holdings Limited ("Baosheng"), an online market solution provider based in China. Shortly before Plaintiffs' purchases of Baosheng shares, in February 2021, Baosheng completed its initial public offering ("IPO") in the United States on the NASDAQ exchange. Plaintiffs accuse Defendants of failing to disclose that Chinese law enforcement detained several of Baosheng's employees or directors in the months preceding its IPO while its CEO went into hiding to avoid detention. These detentions appear directly related to a criminal investigation into Baosheng's largest client Sogou, which accounted for 82.3% of Baosheng's revenue. Defendants failed to disclose the detentions and investigation, and Baosheng later lost its most significant client because of the investigation. The Yixing City Public Security Bureau and Dingshan Police Station under its supervision ("Yixing City Police") conducted the investigation, and they are from whom certain document and information is requested in this Letter of Request.

**8.    Evidence to be Obtained (Art. 3(d))**

The purpose of this Letter of Request is to enable Plaintiffs to obtain the documents and information listed in Item No. 10 below from the Beijing No. 4 Intermediate People's Court, Beijing Shijingshan District People's Court, Yixing City Public Security Bureau, and Dingshan

Police Station regarding the detention and investigation of certain Baosheng employees or directors in or around July 2020, for use at trial in aid of the pending litigation.

**9.      Names and Addresses of the Entities from Whom Documents Are Requested**

Beijing No. 4 Intermediate People's Court
No. 3, Jia, Sanqingdi
Fengtai District
Beijing 100040
People's Republic of China

Beijing Shijingshan District People's Court
No. 169, Fushi Road
Shijingshan District
Beijing 100043
People's Republic of China

Yixing City Public Security Bureau
No. 19 Dongshan West Road
Yixing City
Wuxi City, Jiangsu Province 214206
People's Republic of China

Dingshan Police Station
No. 7 Nanzhongzhuang Village
Jiefang West Road, Dingshu Town
Yixing City
Wuxi City, Jiangsu Province 214200
People's Republic of China

**10.      Requested Documents and Information**

This Court therefore respectfully requests that Plaintiffs be permitted to obtain the following documents for the period January 1, 2020 through December 31, 2021:

**REQUEST NO. 1:** Written statements by the Yixing City Police regarding the investigation and detention of Baosheng's directors, executives, and/or employees, provided by Yixing City Public Security Bureau to the Beijing No. 4 Intermediate People's Court per the investigation order dated August 20, 2025, and later transferred to the Beijing Shijingshan District People's Court following the determination of proper subject matter jurisdiction;

**REQUEST NO. 2:** Arrest and/or detention records of Baosheng's directors, executives, and/or employees, including but not limited to Sheng Gong, Shasha Mi, and Na Jin (the "Individuals");

**REQUEST NO. 3:** Interrogation records during the investigation and detention of the Individuals;

**REQUEST NO. 4:** Prosecutorial opinions prepared by the Yixing City Police based on their investigation findings;

**REQUEST NO. 5:** Official records referring the case to the local procuratorate; and

**REQUEST NO. 6:** Any additional criminal case files pertaining to the investigation and detention of the Individuals.

**11.     Methods and Procedures to be Followed (Arts. 3(i) and 9)**

To assist this Court in resolving this dispute, it is respectfully requested that a court of competent judicial authority in China or other Responding Authority issue an order directing the Beijing No. 4 Intermediate People's Court, Beijing Shijingshan District People's Court, Yixing City Public Security Bureau, and Dingshan Police Station to produce the documents listed in Item No. 10 above. The requested documents are relevant and material to the issues in this litigation. The Court has ordered the parties to this action to complete all fact discovery by December 4, 2027 (ECF No. 195.) Accordingly, a response to this Letter of Request is respectfully requested by July 1, 2026, or as soon thereafter as reasonably possible, in acknowledgment of possible delays.

**12.     Request for Notification (Art. 7)**

This Court respectfully requests that advance notification of the time and place for execution of the Letter of Request be sent to the following representatives of the Court and to the requesting party:

9

*For Plaintiffs:*

Michael Rowe
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
United States of America
Telephone: +1 (612) 492-6724
E-mail: rowe.michael@dorsey.com

Ian Blodger
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
United States of America
Telephone: +1 (612) 492-6684
E-mail: blodger.ian@dorsey.com

Ray Liu
Dorsey & Whitney LLP
Unit 603, Tower C, Yintai Centre
2 Jianguomenwai Avenue
Chaoyang District
Beijing 100022
People's Republic of China
E-mail: liu.ray@dorsey.com
Telephone: + 86 (10) 8513-5988

*For Defendants:* All Defense counsel of record as identified in Item No. 5, above.

13.   **Specification of Privilege or Duty to Refuse to Give Evidence under the Law of the Requesting State (Art. 11(b))***

Under the law of the United States and the State of New York (State of origin), a person

may refuse to give evidence to the extent protected by applicable privileges or immunities,

including but not limited to:

–   the attorney–client privilege;

–   the attorney work product doctrine;

–   the privilege against self-incrimination;

10

- privileges protecting confidential communications involving spouses, clergy, or physicians and patients; and

- any other privilege recognized under the Federal Rules of Evidence or the laws of the State of New York.

**14.    Responsibility for Reimbursable Fees and Costs (Art. 14)**

Plaintiffs will reimburse a court in China for expenses incurred in executing the Letter of Request. Please direct requests for reimbursement to:

> Michael Rowe
> Ian Blodger
> Dorsey & Whitney LLP
> 50 South Sixth Street, Suite 1500
> Minneapolis, MN 55402
> United States of America
> Telephone: +1 (612) 492-6724
> E-mail: rowe.michael@dorsey.com
> E-mail: blodger.ian@dorsey.com

> Ray Liu
> Dorsey & Whitney LLP
> Unit 603, Tower C, Yintai Centre
> 2 Jianguomenwai Avenue
> Chaoyang District
> Beijing 100022
> People's Republic of China
> E-mail: liu.ray@dorsey.com
> Telephone: + 86 (10) 8513-5988

11

The courts of the United States are authorized by statute, 28 U.S.C. § 1782, to extend similar assistance to the courts of China in like cases. This Court extends to the judicial authorities of China the assurances of its highest consideration.

Dated: April 21, 2026

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United
States Courthouse
500 Pearl Street
New York, NY 10007-1312
United States of America

12