UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIENT PLUS INTERNATIONAL LIMITED, et al.,

Plaintiffs,

-against-

BAOSHENG MEDIA GROUP HOLDINGS LIMITED, et al.,

Defendants.

Case No. 1:24-cv-00744 (JLR)

**SCHEDULING ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 23, 2026, counsel for Defendant Baosheng Media Group Holdings Limited filed a motion to withdraw as counsel. *See* Dkt. 237. By **October 29, 2026**, defense counsel shall serve a copy of this Order on their clients, and by **November 2, 2026**, file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4. Any opposition to the motion to withdraw shall be filed by **November 6, 2026**; any reply shall be filed by **November 13, 2026**. This matter shall be heard by the Court on **November 24, 2026**, at **2:30p.m.** The hearing will be conducted virtually via Teams video. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 944 871 365#.

Unless and until the Court grants the motion, ILS, LLP remains counsel of record. If Defendant has secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of counsel in the event that the motion to withdraw is granted.

Dated: October 26, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge